## 19497. SPIRES *v.* THE STATE.

LUKE, J. On circumstantial evidence the defendant was convicted of manufacturing intoxicating liquors. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 9, 1929.

*Harris & Smith, Peebles & Bowden,* for plaintiff in error.
*A. S. Bradley, solicitor-general, M. L. Gross, solicitor-general,* contra.